| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | JILL M. THOMAS<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

OCT 17 2012


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: ) S.W. NO. 2:12-0683 EFB
)
)
3707 E. Miner Avenue            ) ORDER RE: REQUEST TO UNSEAL
Stockton, California            ) SEARCH WARRANT AND SEARCH
                                ) WARRANT AFFIDAVIT
                                )
                                )
                                )
                                )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10/17, 2012

_____
United States Magistrate Judge
EDMUND F. BRENNAN

1